Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Ronald K. Bland as Administrator of the Estate of Sylvia G. Bland (deceased), et. al., vs. Pfizer, Inc.,*<br>*MDL No. 06-7012:* <u>Plaintiff Rosalie Johnson</u> | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Rosalie Johnson, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal with prejudice of Plaintiffs, **Rosalie Johnson's** action only, with each
2  side bearing its own attorneys' fees and costs.
3
4
5
6  Dated: _____, 2009          By: _____
                                         Jayne Conroy
7                                        **HANLY CONROY BIERSTEIN**
                                           **SHERIDAN FISHER & HAYES LLP**
8                                        112 Madison Avenue
                                         New York, New York 10016-7416
9                                        (212) 784-6400
                                         (212) 784-6420 (Fax)
10                                       Email: jconroy@hanlyconroy.com
11                        -and-
12                                       **SIMMONSCOOPER LLC**
                                         707 Berkshire Blvd.
13                                       East Alton, IL 62024
                                         (618) 259-2222
14                                       (618) 259-2251 (Fax)
15                                       *Counsel for Plaintiff.*
16
17
18 Dated: _____March 11, 2009___          By: _____
                                         Michelle W. Sadowsky
19                                       **DLA PIPER US LLP**
                                         1251 Avenue of the Americas
20                                       New York, New York 10020-1104
                                         (212) 335-4625
21                                       (212) 884-8675 (Fax)
22                                       *Counsel for Defendant Pfizer, Inc.*
23
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
24 IT IS SO ORDERED.**
25
26 Dated: _____MAR 3 0_____, 2009    By: _____
                                         United States District Court
27
28

- 2 -                                    STIPULATION OF DISMISSAL WITH PREJUDICE