Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Ronald K. Bland as Administrator of the Estate of Sylvia G. Bland (deceased), et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-7012:* Plaintiff Robert Setzer and Nancy Setzer | |

Come now the Plaintiffs, Robert Setzer and Nancy Setzer, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Robert Setzer and Nancy Setzer's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: _____
                                              Jayne Conroy
                                              **HANLY CONROY BIERSTEIN**
                                              **SHERIDAN FISHER & HAYES LLP**
                                              112 Madison Avenue
                                              New York, New York 10016-7416
                                              (212) 784-6400
                                              (212) 784-6420 (Fax)
                                              Email: jconroy@hanlyconroy.com

                            -and-

                                              **SIMMONSCOOPER LLC**
                                              707 Berkshire Blvd.
                                              East Alton, IL 62024
                                              (618) 259-2222
                                              (618) 259-2251 (Fax)

                                              *Counsel for Plaintiff.*

Dated: _____March 11\_\_\_, 2009        By: _____
                                              Michelle W. Sadowsky
                                              **DLA PIPER US LLP**
                                              1251 Avenue of the Americas
                                              New York, New York 10020-1104
                                              (212) 335-4625
                                              (212) 884-8675 (Fax)

                                              *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30_____, 2009        By: _____
                                                 United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE