1    Plaintiff's Counsel:
     Jayne Conroy
2    Hanly Conroy Bierstein Sheridan
        Fisher & Hayes LLP
3    112 Madison Avenue
     New York New York  10016-7416
4    (212) 784-6400
     (212) 284-6420 (fax)
5
     -and-
6
     SimmonsCooper LLC
7    707 Berkshire Blvd.
     East Alton, IL  62024
8    (618) 259-2222
     (212) 259-2251 (Fax)
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14
     IN RE:  BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15   MARKETING SALES PRACTICES,
     AND PRODUCT LIABILITY                MDL NO. 1699
16   LITIGATION
                                          **STIPULATION AND ORDER OF DISMISSAL**
17   This Document Relates To:            **WITH PREJUDICE**

18   *Ronald K. Bland as Administrator of the*
     *Estate of Sylvia G. Bland (deceased), et.*
19   *al., vs. Pfizer, Inc.,.*
     *MDL No. 06-7012:* Plaintiff Thelma
20   Springs

21
           Come now the Plaintiffs, Thelma Springs, and Defendant, Pfizer Inc., by and through the
22
     undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23

24

25

26

27

28

                                      - 1 -        STIPULATION OF DISMISSAL WITH PREJUDICE

1   stipulate to the dismissal with prejudice of Plaintiffs, **Thelma Springs's** action only, with each

2   side bearing its own attorneys' fees and costs.

3

4

5

6   Dated: _____, 2009          By: _____

7                                         Jayne Conroy
                                          **HANLY CONROY BIERSTEIN**
                                          **SHERIDAN FISHER & HAYES LLP**
8                                         112 Madison Avenue
                                          New York, New York  10016-7416
9                                         (212) 784-6400
                                          (212) 784-6420 (Fax)
10                                        Email: jconroy@hanlyconroy.com

11                              -and-

12                                        **SIMMONSCOOPER LLC**
                                          707 Berkshire Blvd.
13                                        East Alton, IL  62024
                                          (618) 259-2222
14                                        (618) 259-2251 (Fax)

15                                        *Counsel for Plaintiff.*

16

17

18   Dated: _____March 11_, 2009        By: _____
                                          Michelle W. Sadowsky
19                                        **DLA PIPER US LLP**
                                          1251 Avenue of the Americas
20                                        New York, New York  10020-1104
                                          (212) 335-4625
21                                        (212) 884-8675 (Fax)

22                                        *Counsel for Defendant Pfizer, Inc.*

23   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
     **IT IS SO ORDERED.**
24

25

26   Dated: _____March 30___, 2009      By: _____

27                                        United States District Court

28

                              - 2 -          STIPULATION OF DISMISSAL WITH PREJUDICE