1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Ronald K. Bland as Administrator of the Estate of Sylvia G. Bland (deceased), et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-7012:* <u>Plaintiff Duncan Chisholm and Sandra Chisholm</u> | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Duncan Chisholm and Sandra Chisholm, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Duncan Chisholm and Sandra Chisholm's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009      By: _____
　　　　　　　　　　　　　　　　　　　Jayne Conroy
　　　　　　　　　　　　　　　　　　　**HANLY CONROY BIERSTEIN**
　　　　　　　　　　　　　　　　　　　**　SHERIDAN FISHER & HAYES LLP**
　　　　　　　　　　　　　　　　　　　112 Madison Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10016-7416
　　　　　　　　　　　　　　　　　　　(212) 784-6400
　　　　　　　　　　　　　　　　　　　(212) 784-6420 (Fax)
　　　　　　　　　　　　　　　　　　　Email: jconroy@hanlyconroy.com

　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　**SIMMONSCOOPER LLC**
　　　　　　　　　　　　　　　　　　　707 Berkshire Blvd.
　　　　　　　　　　　　　　　　　　　East Alton, IL 62024
　　　　　　　　　　　　　　　　　　　(618) 259-2222
　　　　　　　　　　　　　　　　　　　(618) 259-2251 (Fax)

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff.*

Dated: _____July 23, 2009_____      By: _____
　　　　　　　　　　　　　　　　　　　Michelle W. Sadowsky
　　　　　　　　　　　　　　　　　　　**DLA PIPER US LLP**
　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10020-1104
　　　　　　　　　　　　　　　　　　　(212) 335-4625
　　　　　　　　　　　　　　　　　　　(212) 884-8675 (Fax)

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____08/04_____, 2009      By: _____
　　　　　　　　　　　　　　　　　　　Judge Charles R. Breyer

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE